UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

15CV7498

Quandell Hickman
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

City of New York
New York City Police Department
28th Precent
Officer Smith #9632
25th Precent
_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☒ Yes ☐ No
(check one)

RECEIVED 2015 SEP 22 AM 10:32 SDNY PRO SE OFFICE

I. **Parties in this complaint:**

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name  Quandell Hickman
            ID #  15A0467
            Current Institution  Bare Hill Correctional Facility
            Address  181 Brand Road, Caller Box 20,
                     Malone, New York, 12953

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

*Rev. 05/2007*                              1

Defendant No. 1     Name  Officer MS. Smith                Shield # 9632
                    Where Currently Employed  28th Precent
                    Address

Defendant No. 2     Name  25th Precent                     Shield # N/A
                    Where Currently Employed  119th lexington
                    Address  New York, N.Y. 10035

Defendant No. 3     Name  28th Precent                     Shield # N/A
                    Where Currently Employed  28th Precent
                    Address

Defendant No. 4     Name  New York City Police Department  Shield # N/A
                    Where Currently Employed
                    Address  New York City Police Department

Defendant No. 5     Name                                   Shield #
                    Where Currently Employed
                    Address

II.  Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.  In what institution did the events giving rise to your claim(s) occur?  N/A

B.  Where in the institution did the events giving rise to your claim(s) occur?  N/A
135th 5th Ave on Bridge, N.Y, N.Y. 10035

C.  What date and approximate time did the events giving rise to your claim(s) occur?  6-27-14  12:00 AM - 1:00 AM

D. Facts:

**What happened to you?**
**Who did what?**
**Was anyone else involved?**

I was at a cook out multiple people was shot Every one is trying to Run to Safety and the Police (N.Y.P.D) Decides to Stop the crowd and Search every one in the mist of them Searching everyone a Shot was let off into the crowd Causing me to get shot Falling to the ground and Breaking a bone in my Foot. Then while every ones Running Female officer smith from the 28th precent shield # 9632 comes Back towards me aggressively roughs me up Drags me off the Floor, cuffs me repeatidly kicks my Foot As they pulling me off the Floor like I'm Supose to know whats going on Breaking my glasses and Damaging my hat. It was officer Smith and other officers from the 28th precent and 25th precent

**Who else saw what happened?**

## III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Broken bone in left foot around Ankle and heel area Stitches and cast

## IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ___ No ✓

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____
_____

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ____   No ✓   Do Not Know ____   N/A

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____   No ✓   Do Not Know ____   N/A

If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ____   No ✓   N/A

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____   No ✓

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?

_____

1. Which claim(s) in this complaint did you grieve?   N/A

2. What was the result, if any?   N/A

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process.   N/A
_____
_____
_____

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:
It happen on the Streets Before I got to jail I DID Grievance my medical treatment
_____

2. If you did not file a grievance but informed any officials of your claim, state who you

informed, when and how, and their response, if any: **The Comptroller**

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. **Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). **File Charges against the New York City Police Department, The 28th precent the 25th precent Officer Smith #9632 and for Compensation I would like 1,000,000... (One million Dollars) in U.S. Currency for my Injuries, how I obtained them Injuries, The treatment and Disrespect I Recieved after I got Injured money for my Damaged Property, and for the mental and emotional stress I went through. Also for not being able to see or call my family while in hospital.**

VI. **Previous lawsuits:**

|On these claims| A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____  No ✓

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes ____ No ____

   If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

|On other claims| C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes ✓  No ____

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff  Bryant et al.

Defendants  City of New York et al.

2. Court (if federal court, name the district; if state court, name the county)  United States District Court Southern District of N.Y.

3. Docket or Index number  14-CV-8672 (SHS)

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes ✓ No ____

   If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
_____
_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 20 day of July, 2015.

                    Signature of Plaintiff  *[signature]*
                    Inmate Number  15A0462
                    Institution Address  Bare Hill Correctional
                                            181 Brand Road
                                            Caller Box 20
                                            Malone, New York, 12953

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 20 day of July, 2015, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

                    Signature of Plaintiff:  *[signature]*

9-16-15

To whom it may concern,

I'm sorry I was not able to send extra copies of complaint. the facility im in wont allow me to get copies. Also my address has been changed from Bare hill to upstate correctional facility P.O. Box 2001 malone, N.Y. 12953. Sorry for the inconvience your help is truly appreciated.

Respectively

*[signature]*

RECEIVED SDNY PRO SE OFFICE 2015 SEP 22 AM 10:32

Quandell Hickman '15A0462
UPSTATE CORRECTIONAL FACILITY
P.O. BOX 2000, 309 BAREHILL ROAD
MALONE, NEW YORK 12953

neopost
09/17/2015
US POSTAGE $001.42°
ZIP 12953
041L11251145

Upstate
★
Correctional Facility

RECEIVED
SDNY PRO SE OFFICE
2015 SEP 22  AM 10: 33

Pro se office

United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse

500 Pearl Street

Room 230

New York, New York, 10007

USM P3 SDNY

LEGAL MAIL